PROB 35                                                 Report and Order Terminating Supervision
(Rev 3/93)                                             Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                               Crim. No. 4:06-CR-24-1H

JOSEPH EARL WARREN

On July 13, 2009, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                           Respectfully submitted,

/s/ Kevin L. Connolley                                         /s/ C. Lee Meeks, Jr.
Kevin L. Connolley                                                C. Lee Meeks, Jr.
Deputy Chief U.S. Probation Officer                   U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _2nd_ day of _October_, 2012.

Malcolm J. Howard
Senior U.S. District Judge